

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00012-CR

| | | |
|---|---|---|
| Adrian Lee Chacon | § | From the 396th District Court |
| | § | of Tarrant County |
| | § | (C-396-010606-1342992-BP) |
| v. | § | September 29, 2016 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot